**Dilshad NOORANI, Petitioner,**

v.

**John ASHCROFT, U.S. Attorney General, Respondent.**

No. 03–60671.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided July 8, 2004.

Ali Mustafa Onan, Fong & Associates, Houston, TX, for Petitioner.

David V. Bernal, Thomas Ward Hussey, Director, Jamie Marie Dowd, Washington, DC, Kenneth Pasquerell, San Antonio, TX, John Ashcroft, Washington, DC, Caryl G. Thompson, New Orleans, LA, for Respondent.

Before JONES, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Dilshad Noorani petitions this court for review of the Board of Immigration Appeals's (BIA) decision affirming the Immigration Judge's order denying her application for cancellation of removal pursuant to 8 U.S.C. § 1229b(b)(1). Noorani contends that her removal from this country will cause her child undue hardship. This court lacks jurisdiction to review the merits of Noorani's petition because the deter-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

mination of this matter is subject to the discretion of the Attorney General. 8 U.S.C. §§ 1229b(b)(1), 1252(a)(2)(B); *see Bravo v. Ashcroft,* 341 F.3d 590, 592 (5th Cir.2003); *Camey–Miranda v. Ashcroft,* 90 Fed.Appx. 79 (5th Cir.2004) (unpublished). Accordingly, the petition for review is DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.